IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

QUINTON LAMAR JOHNSON,

      Appellant,

v.

      Case No.  5D22-1459
      LT Case No. 2008-CF-031522-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 2, 2022

3.800 Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Quinton L. Johnson, Bowling Green,
pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.  *See* § 775.082(3)(a)3., Fla. Stat. (2008); *Robinson v. State*, 37 So. 3d 921 (Fla. 2d DCA 2010).

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.